**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-2697

_____

WILFREDO QUINONES-VELAZQUEZ;
ELIZABETH MADRID HENAO,
                                                                    Appellants

v.

JAMES PETER MAROULIS

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1-15-cv-01678)
District Judge:  Honorable Christopher C. Conner

_____

_____

ORDER AMENDING OPINION
_____

It has come to the Court's attention that a typographical error appears in the

opinion which was filed on February 3, 2017 with respect to the quote appearing on page

3 of the opinion in the first sentence of subsection II.  As such, the opinion is amended as

follows:

A plaintiff's burden of satisfying the amount in controversy required for diversity

jurisdiction "is not especially onerous." Auto-Owners Ins. Co. v. Steven & Ricci

Inc., 835 F.3d 388, 395 (3d Cir. 2016).

As the error is typographical in nature, the original filing date of the opinion and judgment will not be altered.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  February 8, 2017
JK/cc: Wilfredo Quinones-Velazquez
        Elizabeth Madrid Henao
        Jeffrey G. Velander, Esq.

2